IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS,<br>*Plaintiff*<br><br>-vs-<br><br>JOSEFINA GUTIERREZ, GLORIA OLIVEROS, BERTHA HIDDLESON,<br>*Defendants* | §§§§§§§§§§§ | SA-24-CV-00820-XR |

## **ORDER**

On this date, the Court considered the status of this case.

This was a statutory interpleader case to distribute life insurance proceeds. On October 21, 2024, the Court granted Plaintiff AFLAC's requested relief and distributed the life benefits that were on deposit in the Court's registry, with applicable interest, in equal amounts to each Defendant, as the parties agreed and asked the Court to make an equal distribution of the funds. *See* ECF Nos. 16, 17 (Final Judgment).

On March 28, 2025, Defendants Josefina Gutierrez, Gloria Oliveros, and Bertha Hiddleson filed an "Advisory" with the Court. ECF No. 18. Defendants represent that AFLAC "recently paid out one additional" check that was made out to Yolanda Aguilar—the deceased—and request that the Court "divide that check in the amount of $10,410.87 evenly amongst the 3 sisters as per the previous judgment by this court." *Id.* The Advisory represents that AFLAC "informed [Defendant] Josefina Gutierrez that [AFLAC] needed a judgment from the court on how to disperse the check." *Id.*

Defendants attach a copy of the check from AFLAC, dated October 29, 2024, and the Advisory was signed and dated by each Defendant on March 22, 2025. *Id.* at 1–2.

For the same reasons as its previous Order—that this settlement is reasonable and consistent with the record—the Court **GRANTS** Defendants' request. *See* ECF No. 16 at 3–4; *see also* 28 U.S.C. § 2361 (stating that the district court "shall hear and determine the case . . . and make all appropriate orders to enforce its judgment")

For the foregoing reasons, **IT IS ORDERED** that the entirety of the $10,410.87 shall be evenly distributed to each Defendant in the amount of one-third (33.33%) each in checks made payable as follows: (i) Josefina Gutierrez, 7923 Alton Blvd., Selma, TX, 78154, (ii) Gloria Oliveros, 8319 Northaven Dr., Converse, TX 78109, and (iii) Bertha Hiddleson, 413 Wildwood Dr., Alamogordo, NM 88310.

The Clerk of the Court is **DIRECTED** to send a copy of this Order to Defendants by mail at these addresses.

**IT IS SO ORDERED**.

**SIGNED** this 23rd day of May, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE